RENE L. VALLADARES
Federal Public Defender
Nevada State Bar No. 11479
NICHOLAS WOLFRAM
Assistant Federal Public Defender
411 E. Bonneville, Ste. 250
Las Vegas, Nevada 89101
(702) 388-6577/Phone
(702) 388-6261/Fax
Nicholas_Wolfram@fd.org

Attorney for Jonathan Allen Duffin

## UNITED STATES DISTRICT COURT

## DISTRICT OF NEVADA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>Plaintiff,<br><br>v.<br><br>JONATHAN ALLEN DUFFIN,<br><br>Defendant. | Case No. 2:25-mj-00309-DJA<br><br>**STIPULATION TO CONTINUE STATUS CONFERENCE**<br>(First Request) |

IT IS HEREBY STIPULATED AND AGREED, by and between Todd Blanche, Acting Attorney General of the United States, and Joseph Sciscento, Assistant United States Attorney, counsel for the United States of America, and Rene L. Valladares, Federal Public Defender, and Nicholas Wolfram, Assistant Federal Public Defender, counsel for Jonathan Allen Duffin, that the Status Check currently scheduled on July 10, 2026, be vacated and continued to a date and time convenient to the Court, but no sooner than thirty (30) days.

This Stipulation is entered into for the following reasons:

1.      Mr. Duffin has completed his drug and alcohol awareness course and his 80 hours of community service, but due to counsel's miscommunication, needs additional time to complete the his DUI course and Victim Impact Panel.

2.      The parties agree to the continuance.

3.      The defendant is out of custody and does not object to the continuance.

This is the first request for a continuance.

DATED this 6th day of July, 2026.

RENE L. VALLADARES                        TODD BLANCHE
Federal Public Defender                   Acting Attorney General of the United States


By */s/Nicholas Wolfram*                   By */s/ Joseph Sciscento*
NICHOLAS WOLFRAM                           JOSEPH SCISCENTO
Assistant Federal Public Defender          Assistant United States Attorney

**UNITED STATES DISTRICT COURT**

**DISTRICT OF NEVADA**

| | |
|---|---|
| UNITED STATES OF AMERICA, | Case No. 2:25-mj-00309-DJA |
| Plaintiff, | |
| v. | **ORDER** |
| JONATHAN ALLEN DUFFIN, | |
| Defendant. | |

IT IS THEREFORE ORDERED that the status conference currently scheduled on July 10, 2026 at 11:30 a.m., be vacated and continued to **August 14, 2026, at 11:30 a.m.**

DATED this 7th day of July, 2026.

_____

UNITED STATES MAGISTRATE JUDGE

3