RENE L. VALLADARES
Federal Public Defender
Nevada State Bar No. 11479
NICHOLAS WOLFRAM
Assistant Federal Public Defender
411 E. Bonneville, Ste. 250
Las Vegas, Nevada 89101
(702) 388-6577/Phone
(702) 388-6261/Fax
Nicholas_Wolfram@fd.org

Attorney for Jonathan Allen Duffin

**UNITED STATES DISTRICT COURT**

**DISTRICT OF NEVADA**

| | |
|---|---|
| UNITED STATES OF AMERICA, | Case No. 2:25-mj-00309-DJA |
| Plaintiff, | |
| v. | **Stipulation and Proposed Order** |
| JONATHAN ALLEN DUFFIN, | |
| Defendant. | |

On January 14, 2026, Jonathan Duffin pleaded guilty to one count of Reckless Driving under 36 C.F.R. § 4.2(b). ECF Nos. 15, 16. In accordance with the plea agreement, this Court sentenced Mr. Duffin to one year of unsupervised probation with the following conditions:

1. 80 hours of community service in lieu of the $800.00 Fine and $10.00 Mandatory Penalty Assessment;

2. Attend/ Complete the Lower Court Counseling's DUI Course and Victim Impact Panel;

3. Attend/ Complete an Eight (8) hour online drug awareness course;

4. 6-month Restriction from the Lake Mead National Recreation Area;

5. Defendant must not violate any local, state, or federal laws.

ECF No. 15.

Mr. Duffin has completed the special conditions of his unsupervised probation. The parties thus agree that the status conference set for August 14, 2026, should be vacated and this case closed.

DATED this 10th day of July, 2026.

RENE L. VALLADARES
Federal Public Defender

TODD BLANCHE
Acting Attorney General of the United States

By *s/Nicholas Wolfram*
NICHOLAS WOLFRAM
Assistant Federal Public Defender

By *s/ Joseph Sciscento*
JOSEPH SCISCENTO
Assistant United States Attorney

2

**UNITED STATES DISTRICT COURT**

**DISTRICT OF NEVADA**

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>       Plaintiff,<br><br>    v.<br><br>JONATHAN ALLEN DUFFIN,<br><br>       Defendant. | Case No. 2:25-mj-00309-DJA<br><br>**ORDER** |

The Court finds that Jonathan Duffin has completed the special conditions of his unsupervised probation in accordance with his plea agreement and this Court's sentence.

IT IS THEREFORE ORDERED that the status conference currently scheduled August 14, 2026, at 11:30 a.m., is vacated and this case is closed.

DATED this 10th day of July, 2026.

_____
UNITED STATES MAGISTRATE JUDGE

3